UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** March 18, 2021 | **Time:** 13 minutes<br>1:36 p.m. to 1:49 p.m. | **Judge:** WILLIAM H. ORRICK |
| **Case No.**: 21-cr-00096-WHO-1 | **Case Name:** UNITED STATES v. Zuniga | |

**Attorney for Plaintiff:**  Alexandra Shepard or Scott Joiner
**Attorney for Defendant:**  Annie Lee and Galia Amram
Defendant **Sandra Zuniga** – present (by video), on bond

**Deputy Clerk:** Jean Davis     **Court Reporter:** JoAnn Bryce
**Interpreter:** n/a              **Probation Officer:** n/a

## PROCEEDINGS

Parties appear via videoconference for scheduled change of plea hearing. A written Plea Agreement has been provided to the Court in advance of the hearing. Ms. Zuniga confirms that she has been advised of her right to appear in person and voluntarily waives that right and agrees to appear via video. The Court finds that it is appropriate for the hearing to be conducted via videoconference to avoid unwarranted delay resulting from the extraordinary circumstances associated with the COVID-19 pandemic.

Ms. Zuniga is sworn and queried as to her background, physical and mental condition, and understanding of the proceedings. She is advised of her rights, the possible consequences of the entry of a guilty plea, and the maximum penalties associated with offense.

The government provides a brief statement of the elements of the offense and of the facts it would be prepared to prove at any trial of this matter.

**Defendant pleads GUILTY to Count 1 of the Information**. The plea is accepted as knowing, voluntary, and supported by an independent basis in fact. The defendant is adjudicated guilty.

**CASE CONTINUED TO:  September 16, 2021 at 1:30 p.m. for Status Conference**