1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  ALEXANDRA SHEPARD (CABN 205143)
   Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-6767
7        FAX: (415) 436-7234
         alexandra.shepard@usdoj.gov
8
   Attorneys for United States of America
9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,              ) NO. 21-CR-00096-WHO
                                            )
14 |     Plaintiff,                         ) STIPULATION AND ORDER CONTINUING
                                            ) CHANGE OF PLEA HEARING
15 |  v.                                    )
                                            )
16 | SANDRA ANN ZUNIGA,                     )
                                            )
17 |     Defendant.                         )
                                            )
18

19      This matter is currently set for a status hearing on September 15, 2022, at 1:30 p.m. The parties

20 respectfully request that the status hearing be continued for approximately six months to March 16,

21 2023. In the interim, the defendant will continue to provide cooperation pursuant to the terms of her plea

22 agreement.

23      SO STIPULATED.

24
   DATED:  September 13, 2022                        STEPHANIE M. HINDS
25                                                   United States Attorney

26

27                                                        /S/
                                                     ALEXANDRA SHEPARD
28                                                   Assistant United States Attorney

   STIP AND [PROPOSED] ORDER                  1
   21-CR-00096-WHO

DATED: September 13, 2022                                      DURIE TANGRIE LLP

                                                               _____/S/_____
                                                               GALIA AMRAM
                                                               Counsel for Defendant Sandra Zuniga

**ORDER**

Pursuant to stipulation, the above-captioned matter will be set for a change of plea hearing on March 16, 2023 at 1:30 p.m.

IT IS SO ORDERED.

DATED: September 14, 2022                                      _____
                                                               HON. WILLIAM H. ORRICK
                                                               UNITED STATES DISTRICT JUDGE