PATRICK D. ROBBINS (CABN 152288)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DAVID J. WARD (CABN 239504)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7230
    david.ward@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 21-00096 WHO |
| Plaintiff, | STIPULATION TO VACATE AND RESET STATUS CONFERENCE |
| v. | |
| SANDRA ZUNIGA, | |
| Defendant. | |

The parties in the above-captioned matter are scheduled to appear before the Court on October 5, 2023 at 1:30 p.m. for a status conference. *See Dkt. 72*. The parties hereby request that the October 5, 2023 status hearing date be vacated, and that the parties be ordered to appear before the Court on August 24, 2023 at 1:30 p.m. for a status hearing. The parties intend at that hearing to ask the Court to set a sentencing date.

IT IS SO STIPULATED

//

//

//

//

STIPULATION TO RESET STATUS HEARING    1
CR 21-00096 WHO

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated:  August 4, 2023 | PATRICK D. ROBBINS<br>Attorney for the United States |
|   | */s/*<br>DAVID J. WARD<br>Assistant United States Attorney |
| Dated:  August 4, 2023 |   |
|   | */s/*<br>GALIA Z. AMRAM<br>MORRISON & FOERSTER<br>Attorney for Defendant ZUNIGA |

**SO ORDERED.**

Dated: August 7, 2023

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge

STIPULATION TO RESET STATUS HEARING       2
CR 21-00096 WHO